UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHVENDRA SINGH,<br><br>        Petitioner,<br><br>   v.<br><br>JEFF MACOMBER,<br><br>        Respondent. | Case No.  2:24-cv-0881-JDP (P)<br><br>ORDER |

Petitioner requested an extension of time to file an amended petition for a writ of habeas corpus.  Good cause appearing, IT IS HEREBY ORDERED that:

   1. Petitioner's request for an extension of time, ECF No. 15, is granted in part; and

   2. Petitioner shall file a petition for writ of habeas corpus within twenty-one days from the date of this order.

IT IS SO ORDERED.

Dated:    October 29, 2024                              _____
                                                                          JEREMY D. PETERSON
                                                                          UNITED STATES MAGISTRATE JUDGE